

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2014

No. 04-12-00852-CV

Jerry L. **HAMBLIN** and Ricochet Energy, Inc.,
Appellants

v.

Thomas A. **LAMONT,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000665-D2
The Honorable Joe Lopez, Judge Presiding

## O R D E R

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On January 10, 2014, Appellee Thomas A. Lamont filed a motion for en banc reconsideration, requesting the court to reconsider its opinion and judgment of December 11, 2013. The court hereby requests a response to Appellee's motion from Appellant. *See* TEX. R. APP. P. 49.2. Any response must be filed in this court no later than TEN DAYS from the date of this order.

It is so **ORDERED** on February 14, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court